# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:19-cr-103 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| WILLIAM S. SMITH, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on January 12, 2024.[1] The Court referred this matter to Magistrate Judge Carmen E. Henderson to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Henderson reported that a supervised release violation hearing was held on February 6, 2024. The defendant admitted to the following violation:

   1. Unauthorized Use of Illegal Drugs.

The magistrate judge filed a report and recommendation on February 6, 2024, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation number 1.

A final supervised release violation hearing was conducted on March 13, 2024. Present were the following: Assistant United States Attorney Aaron Howell, representing

---

[1] Supplemental Reports were filed on February 6, 2024, and February 27, 2024, for the purpose of updating the Court regarding the defendant's drug treatment.

the United States; Assistant Federal Public Defender Darin Thompson, representing the defendant; the defendant William S. Smith, and United States Probation Officer Mark Roth.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation number 1.

IT IS ORDERED that the defendant's term of supervised release is revoked, and the defendant is committed to the custody of the Bureau of Prisons for a term of 5 months, with credit for time served to date. Following release from imprisonment, the defendant shall serve a term of supervised release of 4 years with the same terms and conditions as previously imposed, with the following additional condition:

**Residential Reentry Center**: Defendant shall reside in a Residential Reentry Center for up to six (6) months as directed by the probation officer and shall observe the rules of the facility.

Defendant remanded.

**IT IS SO ORDERED**.

Dated: March 13, 2024

                                              **HONORABLE SARA LIOI**
                                              **CHIEF JUDGE**
                                              **UNITED STATES DISTRICT COURT**