# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:19-cr-103 |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| WILLIAM S. SMITH, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A final supervised release violation hearing was conducted on January 21, 2026. Present were the following: Assistant United States Attorney Joseph Dangelo, representing the United States; Assistant Federal Public Defender Darin Thompson, representing the defendant; the defendant William S. Smith, and United States Probation Officer Mark Roth.

Previously, a violation report was filed in this case on July 15, 2025.[1] The Court referred this matter to Magistrate Judge Carmen E. Henderson to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Henderson reported that a supervised release violation hearing was held on December 10, 2025. The defendant

---

[1] A supplemental report filed on June 25, 2025, and superseding violation report was filed on November 25, 2025.

admitted to the following violation:

1. Illicit Use of Drugs (with seven instances of positive test results).

The magistrate judge filed a report and recommendation on December 11, 2025, in which the magistrate judge recommended that the court find that the defendant has violated the conditions of his supervised release as set forth in violation number 1 of the superseding violation report.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation number 1 of the superseding violation report.

A Second Superseding Violation Report was filed in this case on January 16, 2026, At the hearing, the defendant waived his right to an evidentiary hearing and admitted to the following violations:

1. Illicit Use of Drugs (with the seven original instances of positive test results and three new instances of positive test results).
2. New Violation / Violation of Standard Condition #8

Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1 and 2 of the Second Superseding Violation Report.

IT IS ORDERED that the defendant's term of supervised release is revoked, and

the defendant is sentenced to the custody of the Bureau of Prisons for a period of 9 months.

No supervised release to follow.

    Defendant remanded.

**IT IS SO ORDERED**.

Dated: January 21, 2026

                                            **HONORABLE SARA LIOI**
                                            **CHIEF JUDGE**
                                            **UNITED STATES DISTRICT COURT**